BUTZEL LONG, a professional corporation
380 Madison Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 818-1110
Facsimile: (212) 818-0494
Barry N. Seidel
Eric B. Fisher
Cynthia J. Haffey

*Attorneys for Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DPH HOLDINGS CORP., *et al.*,<br><br>                Reorganized Debtors.<br>------------------------------------------------------------------<br>DPH HOLDINGS CORP., *et al.*,<br><br>                               Plaintiffs,<br>-against-<br><br>EXXON MOBIL, EXXON, EXXON MOBIL CORPORATION, EXXONMOBIL, EXXONMOBIL CHEMICAL CO, EXXONMOBIL CHEMICAL COMPANY, EXXONMOBIL MEXICO SA DE CV, EXXONMOBIL OIL CORPORATION,<br><br>                               Defendants. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered)<br><br>Adv. Pro. No. 07-02346-RDD |

## NOTICE OF DISMISSAL WITH PREJUDICE

      Pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby dismiss Adversary Proceeding Number 07-02346-RDD against Exxon Mobil, Exxon, Exxon Mobil Corporation, Exxonmobil, Exxonmobil Chemical Co, Exxonmobil Chemical Company, Exxonmobil Mexico SA DE CV, Exxonmobil Oil Corporation, with prejudice. As of the date of this Notice, Defendants have not filed either an answer or motion for summary judgment.

2

Dated:  New York, New York
        September 24, 2010

         **BUTZEL LONG,** a professional corporation

         By:  /s/ Eric. B. Fisher
           Eric B. Fisher
           Barry N. Seidel
           Cynthia J. Haffey
         380 Madison Avenue
         22nd Floor
         New York, New York 10017
         Telephone:  (212) 818-1110
         Facsimile:  (212) 818-0494
         fishere@butzel.com
         *Attorneys for Plaintiffs*