UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

DPH HOLDINGS CORP., *et al.*,

                      Reorganized Debtors.

-----------------------------------------------------------------

DPH HOLDINGS CORP., *et al.*,

                      Plaintiffs,

-against-

EXXON MOBIL, EXXON, EXXON MOBIL CORPORATION, EXXONMOBIL, EXXONMOBIL CHEMICAL CO, EXXONMOBIL CHEMICAL COMPANY, EXXONMOBIL MEXICO SA DE CV, EXXONMOBIL OIL CORPORATION,

                      Defendants.

Chapter 11

Case No. 05-44481 (RDD)
(Jointly Administered)

Adv. Pro. No. 07-02346-RDD

## **ORDER OF DISMISSAL WITH PREJUDICE**

Upon Plaintiffs' Notice Of Dismissal With Prejudice filed on October 8, 2010, by their attorneys, Butzel Long, a professional corporation, seeking an order pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a)(1)(A)(i) dismissing Adversary Proceeding Number 07-02236-RDD against Exxon Mobil, Exxon, Exxon Mobil Corporation, ExxonMobil Chemical Co, ExxonMobil Chemical Company, ExxonMobil Mexico SA DE CV, ExxonMobil Oil Corporation, with prejudice; and Defendant neither having filed an answer or otherwise moved; and notice of the Notice Of Dismissal With Prejudice having been served, it is hereby:

ORDERED, ADJUDGED, AND DECREED THAT Adversary Proceeding Number 07-02236-RDD is DISMISSED With Prejudice.

Dated:  White Plains, New York
        September 21, 2010                        _____/s/ Robert D. Drain_____
                                                                 UNITED STATES BANKRUPTCY JUDGE